**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

UNITED STATES OF AMERICA,

Plaintiff,

v.

HOWARD PINDYCK (1),
PHILIP BRUNO (2),
MICHAEL CZICHRAY (3) and
LEONARD EVANGELIST (4),

Defendants.

Criminal No. 02-295 (JRT/FLN)

**TRIAL NOTICE**

---

John R. Marti and Erica MacDonald, Assistant United States Attorneys, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Kevin Short, **SHORT LAW OFFICE**, 333 South Seventh Street, Suite 2890, Minneapolis, Minnesota 55402, for defendant Pindyck.

Dan Gerts, **BRINK LAW OFFICE**, 401 Second Avenue South, Suite 840, Minneapolis, Minnesota 55401, for defendant Bruno.

Peter Wold and Aaron Morrison, **PETER B. WOLD, P.A.**, 247 Third Avenue South, Minneapolis, Minnesota 55415, for defendant Czichray.

Thomas Kelly, **KELLY & JACOBSON**, 220 South Sixth Street, Suite 215, Minneapolis, Minnesota 55402, for defendant Evangelist.

This matter is scheduled for trial on February 6, 2006 at 9:30 a.m. before the Honorable John R. Tunheim. The trial will be held in Courtroom 13E at the United States

Courthouse, 300 South Fourth Street, Minneapolis, MN 55415. Proposed voir dire and jury instructions shall be filed on or before January 30, 2006.

Dated: October 19, 2005
at Minneapolis, Minnesota

s/John R. Tunheim
JOHN R. TUNHEIM
United States District Judge