# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## PLEA HEARING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>Howard Pindyck,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **COURT MINUTES - CRIMINAL**<br><br>Case No: 02-295 (JRT)<br>Date: June 14, 2006<br>Court Reporter: Kristine Mousseau<br>Time Commenced: 11:10 am<br>Time Concluded: 11:44 am<br>Time in Court: 0 Hours & 34 Minutes |

Before John R. Tunheim, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

For Plaintiff: John Marti
For Defendant: Kevin Short 9 FPD 9 CJA 9 Retained : Appointed

PROCEEDINGS:

9 **Arraignment** on 9 Information, 9 Indictment
: **Change of Plea Hearing.**
9 **Initial Appearance.**
9 Indictment waived.
9 Defendant withdraws plea of as to Count(s):

: PLEA:
: Guilty as to Count(s): 15
9 "Nolo Contendere" as to Count(s):
9 Defendant admits allegations in the Information.

: Defendant advised of rights.
: Presentence Investigation and Report requested.
: Bond continued.

s/Debbie Lancette
Judicial Assistant