UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | CR. NO. 02-295(01) (JRT/RLE) |
| v. | ) | MOTION FOR EXTENSION OF PRESENTENCE REPORT BRIEFING SCHEDULE |
| HOWARD PINDYCK, Defendant. | ) | |

* * * * * * * * * * * *

Defendant, Howard Pindyck, by and through his attorney, Kevin J. Short, respectfully moves this court for an extension of time within which to file objections to the Presentence Report in the above matter. This motion is joined in by defendants Bruno and Czichray.

The Presenctence Report's initial briefing schedule provides that counsel should attempt to reconcile all differences with United States Probation by August 11, 2006, and that all Objections should be filed with the Court by August 18, 2006.

Defendants' expert witness has not completed his review of the Government's audit. That review is expected to be completed by the end of this month. For that reason Defendants Pindyck, Czichray and Bruno request a six week extension of the briefing schedule to September 15, and September 22, 2006.

Dated: August 18, 2006.

Respectfully submitted,

s/Kevin J. Short

Kevin J. Short
Attorney for Defendant
150 South Fifth Street #3260
Minneapolis, MN 55402
Tel: (612) 333-9006
Attorney No. 100572