**CERTIFICATE OF SERVICE**

I hereby certify that on 9/20/06, I served, or caused to be served, the following documents:

**Position of the Parties with Respect to Sentencing Factors**
**USA v. Howard Pindyck**
**Cr. No. 02-295(01)(JRT/RLE)**

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF, which constitutes service on the following ECF participants, pursuant to the ECF Procedures for the District of Minnesota:

Kevin J. Short, Esq.

Dated: 9/20/06

RACHEL K. PAULOSE
United States Attorney

*s/ Deb Kapinos*

BY: DEB KAPINOS
Legal Assistant