**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

Criminal No.: 02-CR-295 (JRT/RLE)

**CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2006, I caused the following documents:

1. Objections to the Presentence Investigation of Howard Pindyck.

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

The Honorable John R. Tunheim
John R. Marti and Erica MacDonald, Assistant United States Attorneys

I further certify that I caused two copies of the foregoing document and the notice of electronic filing to be delivered to the Honorable John R. Tunheim.

Dated: September 26, 2006.

Respectfully submitted,

s/Kevin J. Short
Kevin J. Short
Attorney for Defendant
150 South Fifth Street #3260
Minneapolis, MN 55402
Tel: (612) 333-9006
Attorney No. 100572