UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>HOWARD PINDYCK,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CR. NO. 02-295(01) (JRT/RLE)<br><br>SENTENCING MEMORANDUM OF HOWARD PINDYCK |

* * * * * * * * * * * *

Defendant, Howard Pindyck, by and through his attorney, Kevin J. Short, submits the report of Dr. Joel Wulff as an attachment to this memorandum for the Court's consideration at the time of his January 5, 2007, sentencing in the above matter.

Mr. Pindyck's September 26, 2006, Objections to the Presentence Investigation objected, among other things, to the $402,000 loss computation contained in the Presentence Investigation at paragraphs 40 and 105. Those Objections asserted that the challenge to the loss figure would be based upon the report of Joel Wulff, D.C. Dr. Wulff's December 29, 2006, Report is attached.

Dr. Wulff, a former executive director of the Minnesota Board of Chiropractic Examiners is a licensed chiropractor who sometimes performs code reviews for the insurance industry.

Dated: January 4, 2007.

Respectfully submitted,

s/Kevin J. Short

Kevin J. Short
Attorney for Defendant
150 South Fifth Street #3260
Minneapolis, MN 55402
Tel: (612) 333-9006
Attorney No. 100572